May 14, 2015


Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711


Re: Trial Court Cause No. D-1-GN-14-003700
Court of Appeals Cause No. 03-15-00118-CV

Tx Quarter Horse Association, et al. v. American Legion, et al.


Mr. Kyle:

I have made payment arrangement with Mr. Bennett, and will have the record filed in the above-referenced no later than May 15, 2015.


Thank you,

/s/ Lasonya Thomas